UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                NO. CR. S-11-255 LKK

    Respondent.

  v.                               O R D E R

JORGE LEMUS-GONZALEZ,

    Movant.

    Movant brings this action under 28 U.S.C. § 2255, claiming ineffective assistance of counsel. The grounds alleged do not support the claim.

    The petition is DENIED.

    IT IS SO ORDERED.

    DATED: June 4, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1