UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-11-255 LKK

    Respondent.

  v.                           O R D E R

JORGE LEMUS-GONZALEZ,

    Movant.
_____/

    The court has received what it perceives to be a motion for a certificate of appealability.

    That motion is DENIED.

    IT IS SO ORDERED.

    DATED: July 30, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1